UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

IN RE: BOX, JONATHAN D. (L4SSN: 7410)     Case No. 12-40844
      Debtor.    Chapter 13
Vs.

W. C. MORRISON/DBA M&W AUTO SALES
Creditor/Lienholder

## MOTION TO SURRENDER TITLE

    1. The Debtor filed a Chapter 13 on September 7, 2012. The Debtor is currently under the September 27, 2012, Chapter 13 Plan.

    2. On or about February 2, 2010, the Debtor purchased a 2008 Dodge Caliber, VIN #1B3HB48B18D724148 from Mr. W. C. Morrison (apparently dba M&W Auto Sales, Inc.).

    3. On February 2, 2010, the State of Florida issued a Certificate of Title showing the owner as Jonathan David Box and showing the first lienholder as W. C. Morrison (copy attached). As best as can be determined Mr. Morrison deposited his own money into Panhandle Educators Federal Credit Union in account # XXXX12-3 in the name of the debtor/Jonathan David Box; Mr. Morrison then had the debtor go to Panhandle Educators Federal Credit Union to sign a note secured by the monies placed on deposit there by Mr. Morrison. Panhandle Educators Federal Credit Union then wrote a check to W. C. Morrison in the amount of $14,608.00 (copy attached) on February 2, 2010. Therefore, the security for the loan signed by the debtor Jonathan Box was not the 2008 Dodge Caliber but rather the money deposited there by W. C. Morrison (dba M&W Auto Sales).

    4. On February 13, 2013, the Chapter 13 Trustee's office filed an Objection to Claim of Panhandle Educators Federal Credit Union on the grounds that, (contrary to the allegations in the Chapter 13 Plan) the security interest held by Panhandle was not the vehicle but was rather the funds in account #XXXX12-3.

    5. On or about February 27, 2013, Panhandle Educators Federal Credit Union filed a Response to the Trustee's Objection to their claim, alleging that the collateral was the funds in the account and not the vehicle. The hearing has been scheduled for April 30, 2013, at 2:00 p.m. at the Bankruptcy Court in Columbus on Panhandle's Objection to Trustee's Objection to Claim.

    6. DEBTOR PRAYS that this Court enter an Order that the claim of Panhandle is not secured by property of the debtor; that Panhandle be allowed to seize the funds in the account; that W. C.

Z:\BNK-PLANS++\MOTION\Box.Jonathan.Mot2SurrTitle.wpd

be required to remove its lien off the Certificate of Title based on the fact that there are no loan documents supporting W. C. Morrison/dba M&W Auto Sales position as lienholder; that the Certificate of Title be surrendered to the debtor/Jonathan Box.

Date: 3.29.13

CHARLES R. HUNT, ATTY FOR DEBTOR

**DOCUMENT PREP. BY:** CHARLES R. "CHAD" HUNT ❖ STATE BAR GA. 0378493 ❖ 112 EAST LEE STREET ❖ DAWSON, GEORGIA 39842 ☏ Fax Available on Request PH.(229)995-4868
E-mail: chuntadmin@windstream.net

END OF DOCUMENT

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

IN RE: BOX, JONATHAN D. (L4SSN: 7410)　　　　Case No. 12-40844
　　　　Debtor.　　　　　　　　　　　　　　　　Chapter 13
Vs.

W. C. MORRISON/DBA M&W AUTO SALES
Creditor/Lienholder

## NOTICE OF MOTION TO SURRENDER TITLE

1. THE DEBTOR HAS FILED PAPERS WITH THE UNITED STATES BANKRUPTCY COURT, P.O. BOX 2147, COLUMBUS, GA 31902, Ph. 706-649-7837 AS INDICATED ABOVE.

**2. YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE N THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)**

3. IF YOU DO NOT WANT THE DEBTOR TO TAKE THIS ACTION, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON THE MOTION, THEN YOU AND/OR YOUR ATTORNEY MUST ATTEND THE HEARING SCHEDULED TO BE HELD ON April 30, 20 13, AT 2:00 A.M./P.M. IN COURTROOM, UNITED STATES BANKRUPTCY COURT, LOCATED AT ONE FRONT AVENUE, ONE ARSENAL PLACE, COLUMBUS, GA 31902.

4. IF YOU AND YOUR ATTORNEY DO NOT TAKE THIS STEP, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE ACTION SOUGHT IN THE MOTION AND MAY ENTER AN ORDER GRANTING THAT MOTION.

**BNK-SINGLE CREDITOR CERTIFICATE OF SERVICE:** This is to certify that I have this day served the lienholder/creditor W. C. Morrison/dba M&W Auto Sales at 4915 State Road 22, Panama City, FL 32404, creditor Panhandle Educators Federal Credit Union at 2718 MLK Jr. Boulevard, Panama City, FL 32405-4408, the debtor Jonathan D. Box at 7121 Vining Court, Columbus, GA 31907, the standing Trustee, Chapter 13 trustee, P.O. Box 1907, Columbus, GA. 31902, and U.S. Trustee, 440 Martin Luther King Jr. Blvd., Suite 302, Macon GA 31201-0000, with a copy of the foregoing matters by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon, or by hand-delivery.

Date: 3.29.13　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Charles R. Hunt, Attorney

**DOCUMENT PREP. BY:** CHARLES R. "CHAD" HUNT ❖ STATE BAR GA. 0378493 ❖ 112 EAST LEE STREET ❖ DAWSON, GEORGIA 39842 ☎ Fax Available on Request PH.(229)995-4868
E-mail: chuntadmin@windstream.net

END OF DOCUMENT

Z:\BNK-PLANS++\MOTION\Box,Jonathan.Mot2SurrTitle.wpd

**Panhandle Educators**
Federal Credit Union

MEMBERSHIP CARD

MEMBER NUMBER 27035012

MEMBER NAME Jonathan David Box

MEMBER SIGNATURE

THIS DOCUMENT HAS A TRUE WATERMARK IN THE PAPER: ABSENCE OF THIS FEATURE WILL INDICATE A COPY

---

**PANHANDLE EDUCATORS FEDERAL CREDIT UNION**
2718 MLK JR. BLVD. • PHONE 850-769-3306
PANAMA CITY, FLORIDA 32405-4408
2632

04-10

201848

63-8152
2632

Date: 02/02/2010
Amount: $14,608.00

PAY FOURTEEN THOUSAND SIX HUNDRED EIGHT AND 00/100 DOLLARS----------

TO THE ORDER OF: W. C. MORRISON
REF: JONATHAN DAVID BOX

VOID AFTER 120 DAYS

AUTHORIZED SIGNATURE

⑊201848⑊ ⑊263281527⑊ 0000009999709⑊

# CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number | Lien Release |
|---|---|---|---|---|---|---|---|
| 1B3HB48B18D724148 | 2008 | DODG | 4D | 3039 | | 103770248 | Interest in the described vehicle is hereby released |

| Prev State | Color | Primary Brand | Secondary Brand | No of Brands | Use | Prev Issue Date | By |
|---|---|---|---|---|---|---|---|
| AL | WHI | | | | PRIVATE | | Title |

| Odometer Status or Vessel Manufacturer or OH use | Hull Material | Prop | Date of Issue | Date |
|---|---|---|---|---|
| 49990 MILES  02/01/2010 ACTUAL | | | 02/02/2010 | |

Registered Owner
JONATHAN DAVID BOX
1914 FRANKFORD AVE # 1426
PANAMA CITY   FL 32405

1st Lienholder

02/01/2010

W C MORRISON
4915 S R 22
PANAMA CITY   FL 32404

DIVISION OF MOTOR VEHICLES     TALLAHASSEE     FLORIDA     DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

Control Number 097205662

Carl A. Ford
Director

Julie L. Jones
Executive Director

VOID IF ALTERED

---

TRANSFER OF TITLE BY SELLER (This section must be completed at the time of sale.)
Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership.
Failure to complete or providing a false statement may result in fines and/or imprisonment.
This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name: _____   Address: _____
Seller Must Enter Selling Price: _____   Seller Must Enter Date Sold: _____
I/We state that this ☐ 5 or ☐ 6 digit odometer now reads |_|_|_|,|_|_|_|.| X | (no tenths) miles, date read _____ and I hereby certify that to the best of my knowledge the odometer reading:
☐ 1. reflects ACTUAL MILEAGE.   ☐ 2. is IN EXCESS OF ITS MECHANICAL LIMITS.   ☐ 3. is NOT THE ACTUAL MILEAGE.
UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here: _____   CO-SELLER Must Sign Here: _____
Print Here: _____   Print Here: _____
Selling Dealer's License Number: _____   Tax No.: _____   Tax Collected: _____
Auction Name: _____   License Number: _____

PURCHASER Must Sign Here: _____   CO-PURCHASER Must Sign Here: _____
Print Here: _____   Print Here: _____

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE

HSMV 82250 (REV. 04/08)     STATE OF FLORIDA