UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

IN RE:                                                                Case No. 12-40844
BOX, JONATHAN D. (L4SSN: 7410),
    Debtor,                                                          Chapter 13
VS.

W.C. MORRISON,
4915 E Hwy 22
Panama City, FL 32404
    Respondent

## MOTION FOR TURNOVER OF TITLE TO VEHICLE AND CONTEMPT

COMES NOW the Debtor/Plaintiff and shows the Court as follows:

1. Subsequent to the filing of the bankruptcy, the debtor's 2008 Dodge Caliber was totaled on April 20, 2014.

2. Previous to that, the following events occurred: There was a hearing conducted in the bankruptcy court in Columbus, GA; as a consequence of that hearing, Judge Laney issued a Memorandum Opinion; a portion of which proved [In part] "... Mr. Morrison [is] to remove his name from the Certificate of Title and surrender the Title to the debtor.".

3. Subsequently on or about April 20, 2014, the subject vehicle (2008 Dodge Caliber) was totaled; the debtor's insurance company, USAA, agreed to pay $7,473.56 (after a $500.00 deductible).

4. On May 20, 2014, the Trustee issued her standard letter indicating the payoff for the secured portion of the claim was $0.00; that letter also directed the lienholder to mail those funds directly to the office of the chapter 13 Trustee (page attached). On July 19, 2014, the office of the undersigned attorney was contacted by the insurance company indicating they would not issue the check until they received the Title of the vehicle.

5. On or about July 29, 2014, the undersigned attorney talked directly to Mr. Morrison who stated that he did receive and was aware of the Order signed by Judge Laney. He also stated that he had not complied and would not comply. He stated that he wishes another hearing (3rd Hearing, apparently on the same issues).

DEBTOR PRAYS that the court cite W. C. Morrison, individually for his actions in refusing to remove his name from the Title and surrender the Title to the debtor and requests that the court award actual damages, attorney's fees, court costs, punitive damages, and such other sanctions as the court may deem appropriate against the Respondent. (11 USC 362 (h)).

Date: 8.14.14

_____
Charles R. Hunt, Attorney for Debtor

DOCUMENT PREP. BY: CHARLES R. "CHAD" HUNT ❖ STATE BAR GA. 0378493 ❖ 112 EAST LEE STREET ❖ DAWSON, GEORGIA 39842 ☎ Fax Available on Request  PH.(229)995-4868
E-mail: chadhuntlaw@gmail.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

IN RE:                                                  Case No. 12-40844
BOX, JONATHAN D. (L4SSN: 7410),
    Debtor,                                             Chapter 13
VS.

W.C. MORRISON,
4915 E Hwy 22
Panama City, FL 32404
    Respondent

## NOTICE OF MOTION FOR TURNOVER OF TITLE OF VEHICLE

1. DEBTOR(S) HAS FILED PAPERS WITH THE COURT AS INDICATED ABOVE.

**2. YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)**

3(a). IF YOU DO NOT WANT THE COURT TO TAKE THIS ACTION OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON THE MATTER, THEN YOU OR YOUR ATTORNEY MUST FILE WITH THE COURT A WRITTEN REQUEST FOR A HEARING **ON OR BEFORE** Sept. 8, 2014.

3(b). IN THE EVENT, **AND ONLY IN THE EVENT**, A WRITTEN REQUEST FOR A HEARING IS FILED; THE HEARING WILL BE CONDUCTED ON Sept. 19, 2014 AT 2:00 [A.M./**P.M.**] *901 FRONT AVENUE, ONE ARSENAL PLACE, COLUMBUS, GA 31902.*

4. IF YOU MAIL YOUR REQUEST TO THE COURT FOR FILING, YOU MUST MAIL IT EARLY ENOUGH SO THE COURT WILL **RECEIVE** IT ON OR BEFORE THE DATE STATED IN PARAGRAPH 3(a) ABOVE. ANY CORRESPONDENCE SHOULD BE ADDRESSED TO **UNITED STATES BANKRUPTCY COURT, P.O. BOX 2147, COLUMBUS, GA 31902, Ph. 706-649-7837.**

5. ANY REQUEST FOR A HEARING MUST ALSO BE MAILED TO THE DEBTOR'S ATTORNEY, THE CHAPTER 13 TRUSTEE AND THE U.S. TRUSTEE.

6. IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION OR OBJECTION AND MAY ENTER AN ORDER GRANTING RELIEF.

<u>CERTIFICATE OF SERVICE</u>: The undersigned certifies under penalty of perjury that he has on this date shown below, by first class mail addressed to their respective addresses of record, transmitted a true copy of this document to the Debtor(s) Jonathan D. Box at 7121 Vinings Court, Columbus, GA 31907, W. C. Morrison, 4915 E. Hwy. 22, Panama City, FL 32404, Panhandle Credit, 2178 MLK Jr., Boulevard, Panama City, FL 32405, the <u>U.S. Trustee, 440 Martin Luther King Jr. Blvd., Suite 302 Macon, GA 31201-0000,</u> and the <u>Chapter 13 Trustee</u> P.O. Box 1907, Columbus, GA 31902 and the Respondent at the address shown above.

Date: 8.14.14

Charles R. Hunt, Attorney

DOCUMENT PREP. BY: CHARLES R. "CHAD" HUNT ❖ STATE BAR GA. 0378493 ❖ 112 EAST LEE STREET ❖ DAWSON, GEORGIA 39842 ✆ Fax Available on Request PH.(229)995-4868
E-mail: chadhuntlaw@gmail.com