**SO ORDERED.**

**SIGNED this 11 day of September, 2014.**



_____
**John T. Laney, III**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE:<br>BOX, JONATHAN D. (L4SSN: 7410),<br>     Debtor,<br>VS.<br><br>W.C. MORRISON,<br>4915 E Hwy 22<br>Panama City, FL 32404<br>     Respondent | Case No. 12-40844<br><br>Chapter 13 |

### ORDER ON MOTION FOR TURNOVER OF TITLE OF VEHICLE

After notice and a hearing, the motion is ordered:

Granted: The Respondent is hereby directed to remove his name from the Certificate of Title and surrender the Title to the debtor no later than 10 days after the date of this Order.

**DOCUMENT PREP. BY:** CHARLES R. "CHAD" HUNT ❖ STATE BAR GA. 0378493 ❖ 112 EAST LEE STREET ❖ DAWSON, GEORGIA 39842☎ Fax Available on Request  PH.(229)995-4868
E-mail: chadhuntlaw@gmail.com

END OF DOCUMENT